```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
HISAN LEE,                          :
                Petitioner,         :
                                    :    17 Civ. 8567 (LAP)
        v.                          :
                                    :    ORDER
UNITED STATES OF AMERICA,           :
                                    :
                Respondent.         :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

The Government shall respond to Petitioner Hisan Lee's motion dated September 12, 2019 [dkt. no. 29] no later than February 15, 2020.

The Clerk of the Court shall mail a copy of this order to Hisan Lee.

SO ORDERED.

Dated:   New York, New York
         January 13, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge