USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1-13-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
HISAN LEE,

              Petitioner,

     v.

UNITED STATES OF AMERICA,

              Respondent.
------------------------------------x

17 Civ. 8567 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Government shall respond to Petitioner Hisan Lee's motion dated September 12, 2019 [dkt. no. 29] no later than February 15, 2020.

    The Clerk of the Court shall mail a copy of this order to Hisan Lee.

SO ORDERED.

Dated:    New York, New York
            January 13, 2020

                                   LORETTA A. PRESKA
                                   Senior United States District Judge