UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -versus-

HISAN LEE,

        Defendant.

07 Cr. 003 (LAP)
17 Civ. 8567 (LAP)

ORDER

---

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court is in receipt of Mr. Lee's letter dated May 19 (dkt. no. 850).  Mr. Lee's time to reply to the Government's papers is extended to July 14, 2020.  Chambers will mail a copy of this order and the Government's response (dkt. no. 848).

**SO ORDERED.**

Dated:  June 2, 2020
       New York, New York

*/s/ Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.