UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>HISAN LEE,<br>                    Defendant. | No. 07-CR-03-8 (LAP)<br><br>No. 17-CV-8567 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Hisan Lee's motion [dkt. no. 878 in 07-CR-03] requesting compassionate release due to the COVID-19 pandemic.  The Government shall respond to Mr. Lee's motion no later than December 28, 2020.  Mr. Lee shall file any reply by January 27, 2021.  Because Mr. Lee's motion is straightforward, the request for counsel is denied.  The Clerk of the Court shall mail a copy of this order to Mr. Lee.

**SO ORDERED.**

Dated:    November 25, 2020
            New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge