UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HISAN LEE, <br><br>                    Petitioner, <br><br> -against- <br><br> UNITED STATES OF AMERICA, <br><br>                    Respondent. | 17-cv-8567 (LAP) <br> 07-cr-0003 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Petitioner Hisan Lee's motion for reconsideration, pursuant to Federal Rule of Civil Procedure 59(e), seeking this Court to alter or amend its Opinion and Order dated March 17, 2022, denying Petitioner's motion under 28. U.S.C. § 2255.  (Dkt. no. 946 in 07-cr-0003.)  The Government shall respond to Petitioner's motion no later than September 9, 2022.

**SO ORDERED.**

Dated:     August 10, 2022
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1