UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HISAN LEE,<br><br>    Petitioner,<br><br> -against-<br><br>UNITED STATES OF AMERICA<br><br>    Respondent. | 07-cr-0003 (LAP)<br><br>17-cv-8567 (LAP)<br><br><u>OPINION & ORDER</u> |

LORETTA A. PRESKA, Senior United States District Judge:

  Before the Court is Petitioner Hisan Lee's <u>pro se</u> motion, pursuant to Fed. R. Civ. P. 59(e), for the Court to reconsider its March 17, 2022 Order and Opinion denying Petitioner's requested relief under 28 U.S.C. 2255(f)(1), (dkt. no. 946), and Petitioner's motion to amend his previous 28 U.S.C. 2255(f)(1) motion, (dkt. no. 960). The Government shall respond to Petitioner's motions by June 14, 2023. Petitioner shall reply by June 28, 2023.

  The Clerk of the Court shall mail a copy of this order to the Petitioner.

**SO ORDERED.**

Dated: May 31, 2023
    New York, New York

            *Loretta A. Preska*
            LORETTA A. PRESKA
            Senior United States District Judge